IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:19-CR-451-M |
| ) | |
| DARIUSZ NOSKIEWICZ ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The defendant's *Appeal of the Order of Detention and Motion for Detention Hearing*, filed May 6, 2020 (doc. 86), is **DENIED**.

**SIGNED** this 30th day of June, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE